# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AUTHENTICOM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CDK GLOBAL, LLC, and THE REYNOLDS AND REYNOLDS COMPANY, <br><br> Defendants. | No. 3:17-CV-318-JDP |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant CDK Global, LLC moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the claims of plaintiff Authenticom, Inc. The grounds for this motion are set forth in the accompanying Defendant CDK Global, LLC's Memorandum in Support of Its Motion to Dismiss.

DATED: July 21, 2017

Respectfully submitted,

*/s/ Jeffrey A. Simmons*
Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Tel: (202) 263-3000
Fax: (202) 263-3300
mryan@mayerbrown.com

Jeffrey Allan Simmons
Joseph S. Harper
Foley & Lardner LLP
150 East Gilman Street
P.O. Box 1497
Madison, WI 53701-1497
Tel: (608) 257-5035
Fax: (608) 258-4258
jsimmons@foley.com
jharper@foley.com

*Counsel for CDK Global, LLC*