## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Authenticom, Inc., *Plaintiff*, vs. CDK Global, LLC; and The Reynolds and Reynolds Company, *Defendants*. | Case No. 17-cv-318 Hon. James D. Peterson |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant CDK Global, LLC hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's July 28, 2017 order entering a preliminary injunction against CDK (Dkt. 193), and from each and every opinion or ruling that merged into that order.

1

Dated: July 28, 2017

Respectfully submitted,

/s/ *Mark W. Ryan*

MARK W. RYAN
MICHAEL B. KIMBERLY
MATTHEW A. WARING
   *Mayer Brown LLP*
   *1999 K Street NW*
   *Washington, D.C. 20006*
   *(202) 263-3000*

BRITT M. MILLER
MATTHEW D. PROVANCE
   *Mayer Brown LLP*
   *71 S Wacker Drive*
   *Chicago, IL 60606*
   *(312) 782-0600*

JEFFREY A. SIMMONS
JOSEPH S. HARPER
   *Foley & Lardner LLP*
   *150 East Gilman Street*
   *P.O. Box 1497*
   *Madison, WI 53701-1497*
   *(608) 257-5035*

*Counsel for Defendant*
*CDK Global, LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Notice of Appeal using the CM/ECF system on July 28, 2017. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

*/s/ Mark W. Ryan*